No. 73. CEBOLLERO v. MARTÍNEZ.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Diciembre 28, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente:

---

No. 50. VALDIVIESO v. RODRÍGUEZ. — Casación procedente de la Corte de Distrito de Ponce. Resuelto en Enero 30, 1902. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. López Landrón.* Abogado del recurrido: *Sr. Acuña, (Eduardo).*

---

No. 72. MARTÍNEZ v. MORENO.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Febrero 10, 1902. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Alvarez Nava.* Abogado del recurrido: *Sr. Hernández Lopez.*

---

No. 49. COLBERG v. MARINI ET AL.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 5, 1902. Se declaró nulo todo lo actuado ante el Tribual Supremo por no haberse notificado la sentencia del inferior á todos los demandados en el pleito, ni habérseles emplazado para su comparecencia ante el Tribunal Supremo. Abogado del recurrente; *Sr. Alvarez Nava.* Abogado del recurrido; *Sr. Acuña, (Eduardo).*

---

No. 75. GONZALEZ v. CORREA ET AL.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Mayo 21, 1902. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Alvarez Nava.* Abogado del recurrido: *Sr. Diaz Navarro.*